IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **SOURCEPROSE CORPORATION** | § § | |
| **Plaintiff,** | § § | |
| vs. | § § | |
| **AT&T MOBILITY LLC, METROPCS COMMUNICATIONS, INC., SPRINT SPECTRUM L.P., T-MOBILE USA, INC., CELLCO PARTNERSHIP, d/b/a VERIZON COMMUNICATIONS, INC. and NEXTEL OPERATIONS INC.** | § § § § § § § | Case No.  1:11-cv-00117-LY (CONSOLIDATED) |
| **Defendants.** | § | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| **GOOGLE INC.** | § § | |
| **Plaintiff,** | § § | |
| vs. | § § § | Case No.  1:11-cv-00637-LY |
| **SOURCEPROSE CORPORATION** | § § | |
| **Defendant.** | § | |

**JOINT NOTICE OF RESOLUTION**

Pursuant to Local Rule AT-4(g)(2), the parties Plaintiff SourceProse Corporation (hereinafter "SourceProse") and Defendants AT&T Mobility LLC (hereinafter "AT&T"), Metro PCS Communications, Inc. (hereinafter "Metro"), Sprint Spectrum L.P. (hereinafter, "Sprint"), Nextel Operations Inc. (hereinafter "Nextel"), T-Mobile USA, Inc. (hereinafter "T-Mobile"), and

Cellco Partnership, d/b/a Verizon Communications, Inc. (hereinafter, "Verizon"), in Consolidated Case No. Case No. 1:11-cv-00117-LY, as well as Plaintiff Google Inc. (hereinafter "Google") and Defendant SourceProse in Case No. 1:11-cv-00637-LY, submit this Joint Notice of Resolution and hereby notify the Court that the parties have reached an agreement in principle to resolve the disputes that are the subject of the instant consolidated lawsuits, including the parties' claims, defenses and counterclaims.

The parties expect to file a joint notice of dismissal by July 3, 2015. If a joint notice of dismissal has not been filed by July 3, 2015, the parties will advise the Court of the status of resolution.

/s/ *Matthew J.M. Prebeg*_____

Matthew J.M. Prebeg, TX Bar 00791465
Christopher M. Faucett, TX Bar 0795198
Stephen W. Abbott, TX Bar 00795933
Matthew S. Compton, Jr., TX Bar 24078362
PREBEG, FAUCETT & ABBOTT, PLLC
8441 Gulf Freeway, Suite 307
Houston, TX  77017
Phone: 832-742-9260
Fax:     832-742-9261
Email: mprebeg@pfalawfirm.com
          sabbott@pfalawfirm.com
          cfaucett@clearmanprebeg.com
          mcompton@pfalawfirm.com

ATTORNEYS FOR SOURCEPROSE CORPORATION

/s/ Ramsey M. Al-Salam

Ramsey M. Al-Salam
(*Admitted Pro Hac Vice*)
Washington Bar No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-6385
Facsimile: (206) 359-7385
Email: RAlsalam@perkinscoie.com

Michael J. Engle
(*Admitted Pro Hac Vice*)
California Bar No. 259476
Email: MEngle@perkinscoie.com
Victoria Q. Smith
Texas Bar No. 24075381
Email: VSmith@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Phone: (650) 838-4300
Facsimile: (650) 838-4350

Alan Albright
Texas Bar No. 00973650
BRACEWELL GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701-4061
Phone: (512) 494-3620
 Email:  Alan.albright@bgllp.com


ATTORNEYS FOR DEFENDANTS
GOOGLE INC. AND T-MOBILE USA, INC.

/s/ Jason W. Cook

Pamella A. Hopper (TX Bar # 793980)
phopper@mcguirewoods.com
MCGUIREWOODS LLP
327 Congress Avenue, Suite 490
Austin, Texas 78701-3656
Telephone:  (512) 472-3067
Facsimile:  (512) 472-3068

David E. Finkelson (VA Bar # 44059)
dfinkelson@mcguirewoods.com
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone:  (804) 775-1157
Facsimile:  (804) 225-5377

Jason W. Cook (TX Bar # 24028537)
MCGUIREWOODS LLP
2000 McKinney Avenue, Ste. 4100
Dallas, TX 75201
Telephone:  (214) 932-6418
Facsimile:  (214) 273-7483

ATTORNEYS FOR DEFENDANTS
SPRINT SPECTRUM LP AND
NEXTEL OPERATIONS INC.

/s/ Steven D. Moore
Steven D. Moore (admitted *pro hac vice*)
John C. Alemanni (admitted *pro hac vice*)
Christopher Schenck (admitted *pro hac vice*)
Jonathan E. Harris (admitted *pro hac vice*)

KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
Telephone:  404-815-6500
Facsimile:  404-815-6555
smoore@kilpatricktownsend.com
jalemanni@kilpatricktownsend.com
cschenck@kilpatricktownsend.com
jeharris@kilpatricktownsend.com

Mark T. Mitchell
Texas Bar No. 1421770
Frederick W. Sultan, IV
Texas Bar No. 00797524
Mark A. Mayfield
Texas Bar No. 13284390
GARDERE WYNNE SEWELL LLP
One American Center, Suite 3000
600 Congress Avenue
Austin, TX 78701-2978
Telephone:  (512) 542-7072
Facsimile:  (512-542-7272)
mmitchell@gardere.com

ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC

/s/  Ramsey M. Al-Salam

Ramsey M. Al-Salam
(*Admitted Pro Hac Vice*)
Washington Bar No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-6385
Facsimile: (206) 359-7385
Email: RAlsalam@perkinscoie.com

Michael J. Engle
(*Admitted Pro Hac Vice*)
California Bar No. 259476
Email: MEngle@perkinscoie.com
Victoria Q. Smith
Texas Bar No. 24075381
Email: VSmith@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Phone: (650) 838-4300
Facsimile: (650) 838-4350

ATTORNEY FOR DEFENDANT
METROPCS COMMUNICATIONS, INC.


/s/  Alan Albright
Alan Albright
Texas Bar No. 00973650
BRACEWELL GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701-4061
Phone: (512) 494-3620
Email:  Alan.albright@bgllp.com

ATTORNEYS FOR DEFENDANT
CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS, INC.

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on June 9, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

                /s/ *Matthew J.M. Prebeg*
                Matthew J.M. Prebeg