IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JUL 21  AM 10: 52
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| SOURCEPROSE CORPORATION, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-11-CV-117-LY |
| § | |
| AT&T MOBILITY, LLC; METROPCS § | |
| COMMUNICATIONS, INC.; SPRINT § | |
| SPECTRUM L.P.; NEXTEL § | |
| OPERATIONS, INC.; T-MOBILE USA, § | |
| INC.; AND CELLO PARTNERSHIP, § | |
| D/B/A VERIZON WIRELESS, § | |
| DEFENDANTS. § | |
| § | |
| GOOGLE, INC., § | |
| PLAINTIFF, § | CAUSE NO. A-11-CV-637-LY |
| § | |
| V. § | |
| § | |
| SOURCEPROSE CORPORATION, § | |
| DEFENDANT. § | |

## **FINAL JUDGMENT**

Before the court is the above entitled cause of action. On July 9, 2015, the parties filed a Stipulation for Dismissal (Doc. #209), dismissing all claims or counterclaims with prejudice raised by SourceProse, Inc. and dismissing all claims, defenses, or counterclaims without prejudice raised by Google Inc; AT&T Mobility LLC; MetroPCS Communications, Inc.; Sprint Spectrum L.P.; T-Mobile USA, Inc.; Cellco Partnership d/b/a Verizon Communications, Inc.; and Nextel Operations Inc. The court has reviewed the stipulation and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that these cases are hereby **CLOSED**.

SIGNED this \_\_\_21st\_\_\_ day of July, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE